**STONE LAW GROUP, PLC**
Shawn L. Stone, Bar No. 23558
3030 N. 3rd Street, Suite 200
Phoenix, AZ 85012
Tel: (602) 264-0500 / Fax: (602) 264-0501
slstone@stonelawaz.com
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>CHARLES A. CUBERLY, SR. and<br>DEBORAH D. CUBERLY,<br><br><br>Debtors. | Chapter 13<br><br>Case No.: 4:14-bk-01505-SHG<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING DEBTORS ADDITIONAL TIME TO DETERMINE THE FEASIBILITY OF DEBTORS' CHAPTER 13 BANKRUPTCY AND AMEND THE CHAPTER 13 PLAN** |

Debtors, Charles A. Cuberly, Sr. and Deborah D. Cuberly, by and through undersigned counsel, pursuant to Rule 9022 of the Federal Rules of Bankruptcy Procedure and Local Rule 9022-1, hereby give notice that an Order has been lodged with the Court on this day. A copy is attached hereto.

Dated: July 13, 2015.

              **STONE LAW GROUP, PLC**

              / s / Shawn L. Stone
              _____
              By: Shawn L. Stone
                 *Attorney for Debtors*

*//*

*//*

1 | **Certificate of Service**

A copy of this document mailed to the following address(es) and electronically filed with The Office of the Clerk of the United States Bankruptcy Court for the District of Arizona using the CM/ECF System and mailed to the following on July 14, 2015:

Diane C. Kerns
7320 N. La Cholla, #154-413
Tucson, AZ 85741
*Chapter 13 Trustee*

/ s / Shawn L. Stone
_____